AO 245A (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

__EASTERN__ DISTRICT OF __ARKANSAS__

UNITED STATES OF AMERICA

v.

Isiah Dozier, Sr.

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: 4:18-cr-00668-BSM-2

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
OCT 07 2019
JAMES W. McCORMACK, CLERK
By: _____
DEP CLERK

The Defendant was found not guilty. IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_____
Signature of Judge

Brian S. Miller - District Judge
Name of Judge          Title of Judge

10-7-19
Date